IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **Robert Griffith Hoover,**<br>     Petitioner,<br>vs.<br>**Dora Schriro, et al.,**<br>     Respondents. | ) CV-07-379-TUC-DCB<br>) **ORDER**<br>)<br>)<br>) |

Magistrate Judge Estrada issued his Report and Recommendation on December 11, 2008, recommending that the District Court deny the Petition for Writ of Habeas Corpus and dismiss the action with prejudice. A copy was sent to all parties, notifying all parties that written objections must be filed within ten days of service. 28 U.S.C. §636(b). No objections to the Magistrate Judge's Report and Recommendation have been filed. Consequently, any objections that have not been raised are waived and will not be addressed by the Court.

The Court, having made an independent review of the record, orders as follows:

IT IS ORDERED that Magistrate Judge Estrada's Report and Recommendation (Doc. No. 14) is ACCEPTED and ADOPTED by this Court as its findings of fact and conclusions of law.

IT IS ORDERED that the Petition for Writ of Habeas Corpus (Doc. No. 1) is DENIED as untimely filed and this action is dismissed with prejudice in favor of

//

//

//

1  Respondents.  A Final Judgment shall enter separately.
2     DATED this 22nd day of January, 2009.
3
4
5
6                            David C. Bury
7                           United States District Judge
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28